■ In the Matter of CAROL DYKES, Appellant, v JAMES RAGO, Respondent. [639 NYS2d 937]

After the order appealed from was entered, the father sought to modify visitation. His application was granted, and he was permitted expanded, unsupervised visitation. The mother did not appeal from the court's subsequent order, which supersedes the order appealed from and renders this appeal academic. Balletta, J. P., O'Brien, Altman and Friedmann, JJ., concur.